UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GAYLON WARDWELL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil No. 1:11-CV-00471-NT |
| | ) |
| WARDEN, MAINE STATE PRISON, | ) |
| | ) |
| | ) |
| Respondent. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on February 23, 2012 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on March 21, 2012. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Petitioner's 28 U.S.C. § 2254 Petition (Docket # 1) is hereby DENIED.

3. It is further hereby <u>ORDERED</u> that a certificate of appealability should not issue in the event that Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

<u>SO ORDERED</u>.

<u>/s/ Nancy Torresen</u>
UNITED STATES DISTRICT JUDGE

Dated this 18th day of May, 2012